IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff(s),

vs.

Eight (8) Counterfeit Watches, et al.,

    Defendant(s).

Case Number: 1:17cv156

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on August 28, 2017 (Doc. 20), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 11, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, the government's motion to strike Luqman's claim (Doc. 15) is DENIED, without prejudice to renew should Luqman fail to comply with the separate Order that was entered directing him to supplement his responses to the Special Interrogatories. Claimant Luqman's motion to dismiss (Doc. 4) and motion/petition for release of certain property (Doc. 11) is DENIED without prejudice to renew.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court